### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| MATTHEW SMITH ) | CASE NO. 3:17-CV-01135 |
| ) | |
| Plaintiff, ) | JUDGE JAMES G. CARR |
| vs. ) | |
| ) | STIPULATION OF DISMISSAL OF ALL |
| SANDUSKY NEWSPAPERS, INC., et al. ) | CLAIMS AGAINST DEFENDANTS |
| ) | JOHN POWELL AND CITY OF SANDUSKY |
| Defendants ) | PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii) |
| ) | |

Plaintiff hereby dismisses all claims against Defendants John Powell and City of Sandusky only **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).


*/s/ John W. Gold*                                         */s/ Mark Landes*
_____          _____
**JOHN W. GOLD (#0078414)**                **MARK LANDES (#0027227)**
JOHN W. GOLD, LLC                                 ISAAC WILES BURKHOLDER
PMB 5379                                                    & TEETOR, LLC
159 Crocker Park Blvd., Suite 400              Two Miranova Place, Suite 700
Westlake, OH 44145                                    Columbus, OH 43215
Tel:     (216) 777-1488                                 Tel:     (614) 221-2121
Fax:    (419) 593-4441                                 Fax:    (614) 221-5692
Email: jgold@jwg-law.com                         Email: mlandes@isaacwiles.com
*Attorney for Plaintiff Matthew Smith*        *Attorney for Defendants John Powell and City of Sandusky*

- 2 -

## CERTIFICATE OF SERVICE

On May 31, 2018 the foregoing Stipulation of Dismissal of All Claims Against Defendants John Powell and City of Sandusky Pursuant to Fed Civ. R. P. 41(a)(1)(A)(ii) was served via ECF upon the following:

David Marburger, Esq.
david@marburger-law.com
Attorney for Defendants Sandusky Newspapers, Inc.
Matthew Westerhold and Courtney Astolfi

Mark Landes
mlandes@isaacwiles.com
Attorney for Defendants City of Sandusky
and Detective John Powell

and by regular mail to:

Troy Shipman
5005 Losee Rd. Apt. # 3102
North Las Vegas, NV 89081
Defendant

Raymond Young
909 W. Adams Street
Sandusky, OH 44870
Defendant

*/s/ John W. Gold*

JOHN W. GOLD (#0078414)
*Attorney for Plaintiff Matthew Smith*