IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew Smith,                              Case No. 3:17CV1135

        Plaintiff

        v.                                  **JUDGMENT ENTRY**

Sandusky Newspapers, Inc., et al.,

        Defendants

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. The Register defendants' motion to dismiss (Doc. 24) be, and the same hereby is, granted with prejudice;

2. Plaintiff's motion for judgment on the pleadings against the City of Sandusky and John Powell (Doc. 32) be, and the same hereby is, denied as moot in light of the parties stipulated notice of dismissal (Doc. 38); and

3. Plaintiff's claims against Troy Shipman and Raymond Young be, and the same hereby are, dismissed without prejudice.

So ordered.

                                                       /s/ James G. Carr
                                                       Sr. U.S. District Judge